| | | | MATHIAS, J. | Concurs |
| --- | --- | --- | --- | --- |
| | | | PYLE, J. | Concurs in part, Dissents in part with a separate opinion |
| S.G., In re | 49A05–1610–JC–2351 | 03/30/2017 | PYLE, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Freeman v. State | 02A03–1606–CR–1386 | 03/30/2017 | PYLE, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Morris v. State | 32A01–1609–CR–2191 | 03/30/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Whitesides v. State | 84A01–1610–CR–2424 | 03/30/2017 | PYLE, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Howery v. State | 70A01–1609–CR–2127 | 03/30/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Rivard v. State | 84A04–1611–CR–2838 | 03/30/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Bush v. State | 49A02–1611–CR–2512 | 03/30/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |